THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 In the Matter
 of the Care and Treatment of Jerry F. Powell, Appellant.
 
 
 

Appeal From Anderson County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-638
Submitted November 3, 2008  Filed
 November 13, 2008    
AFFIRMED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Attorney General Deborah R.J. Shupe, Assistant
 Attorney General R. Westmoreland Clarkson, all of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Jerry F. Powell appeals his commitment under
 the South Carolina Sexually Violent Predator Act (the Act).  Powell argues the trial court erred in denying his motion to
 dismiss because the State failed to follow procedure in the Act.  We
 affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  S.C. Code §
 44-48-80(A) (Supp. 2007) (If the court determines that probable cause exists
 to believe that the person is a sexually violent predator, the person must be
 taken into custody if he is not already confined in a secure facility.); S.C.
 Code Ann. § 44-48-80(B) (Supp. 2007) (This [probable cause] hearing must be
 held within seventy-two hours after a person is taken into custody pursuant
 to subsection (A).) (emphasis added.); see also Hodges v. Rainey,
 341 S.C. 79, 85, 533 S.E.2d 578, 581 (2000) (The cardinal rule of statutory
 construction is to ascertain and effectuate the intent of the legislature . . .
 . Where the statutes language is plain and unambiguous, and conveys a clear
 and definite meaning, the rules of statutory interpretation are not needed and
 the court has no right to impose another meaning.).   
AFFIRMED.
ANDERSON, HUFF, and
 THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.